# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00641-CV

### In re Sabrina Ismail

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Sabrina Ismail has filed an unopposed motion to dismiss this mandamus proceeding. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: November 22, 2019